UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>DONALD L. WINTERS,<br><br>             Defendant. | 6:18-PO-5086-KLD; 6:20-PO-5015-KLD;<br>6:20-PO-5024-KLD<br>Ticket Number: FAJF0018, FCDS0003,<br> FCDS000O, FBGB003B and FBGB003C<br>Location Code: M5<br>Disposition Code: NC AND PE<br><br>JUDGMENT IN A CRIMINAL CASE |

    The Defendant, Donald L. Winters, was present in court and entered a plea of guilty to the charges of: VIOLATING SPECIAL USE PERMIT, MV USE VIOLATION, CAMPING IN A DAY USE AREA ONLY, VIOLATION OF THE MV USE MAP, and VIOLATING SPECIAL USE AUTHORIZATION.

    The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1.  Violation FAJF0018 is **DISMISSED**.

    2.  Defendant must pay the fees for all the other violations, FCDS0003, FCDS000O, FBGB003B and FBGB003C, for a total of $160.00. This must be paid by 11/30/21. Defendant must pay by check or money order payable to "U.S. COURTS – CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendant may also pay online at www.cvb.uscourts.gov .

      3. Defendant is prohibited from being on National Forest Lands for 6 months starting January 1st, 2022.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto. If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: November 5, 2021.

11/5/2021
_____
Date Signed

*Kathleen L. DeSoto*
_____
KATHLEEN L. DESOTO
United States Magistrate Judge